UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEAH BOOKER, | Case No. 2:17-cv-02681-APG-PAL |
| Plaintiff, | |
| v. | **REPORT OF FINDINGS AND RECOMMENDATION** |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

This matter is before the court on Plaintiff Leah Booker's failure to comply with the court's Order (ECF No. 7). This matter is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4 of the Local Rules of Practice.

Ms. Booker is proceeding in this action *pro se*. She submitted an Application to Proceed *In Forma Pauperis* (ECF No. 1) and a Complaint (ECF No. 4). The court issued a Screening Order (ECF No. 3) on October 31, 2017, granting Booker permission to proceed *in forma pauperis* and screening the complaint pursuant to 28 U.S.C. § 1915(e). The court found that the complaint failed to state a valid claim and allowed her until November 30, 2017, to file an amended complaint. The screening order warned Ms. Booker that a failure to file an amended complaint addressing the deficiencies explained in the screening order would result in a recommendation to the district judge that this case be dismissed.

On January 5, 2018, the court entered a Report and Recommendation (ECF No. 5) recommending that Ms. Booker's complaint be dismissed without prejudice if she failed to file an amended complaint on or before February 5, 2018. Ms. Booker filed an Amended Complaint (ECF No. 6) February 2, 2018, and the court entered an Order (ECF No. 7) which withdrew the Report and Recommendation (ECF No. 5), and screened Booker's Amended Complaint (ECF No. 6) pursuant to 28 U.S.C. § 1915(e).

The order found that Booker's amended complaint, failed to state a valid claim. The court therefore dismissed the amended complaint without prejudice and allowed Ms. Booker until March 23, 2018, to file a second amended complaint. The order warned Ms. Booker that a failure to file a second amended complaint addressing the deficiencies explained by the court would result in a recommendation to the district judge that this case be dismissed. To date, Ms. Booker has not filed a second amended complaint, requested an extension of time, or taken any other action to prosecute this case.

**IT IS RECOMMENDED** that this case be dismissed without prejudice.

Dated this 6th day of April 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

### NOTICE

This Report of Findings and Recommendation is submitted to the assigned district judge pursuant to 28 U.S.C. § 636(b)(1) and is not immediately appealable to the Court of Appeals for the Ninth Circuit. Any notice of appeal to the Ninth Circuit should not be filed until entry of the district court's judgment. *See* Fed. R. App. Pro. 4(a)(1). Pursuant to LR IB 3-2(a) of the Local Rules of Practice, any party wishing to object to a magistrate judge's findings and recommendations of shall file and serve *specific written objections*, together with points and authorities in support of those objections, within 14 days of the date of service. *See also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. Pro. 6, 72. The document should be captioned "Objections to Magistrate Judge's Report of Findings and Recommendation," and it is subject to the page limitations found in LR 7-3(b). The parties are advised that failure to file objections within the specified time may result in the district court's acceptance of this Report of Findings and Recommendation without further review. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). In addition, failure to file timely objections to any factual determinations by a magistrate judge may be considered a waiver of a party's right to appellate review of the findings of fact in an order or

judgment entered pursuant to the recommendation.  *See Martinez v. Ylst*, 951 F.2d 1153, 1156 (9th Cir. 1991); Fed. R. Civ. Pro. 72.