# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEAH BOOKER,<br><br>        Plaintiff,<br><br>   v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>        Defendant. | Case No. 2:17-cv-02681-APG-PAL<br><br>**ORDER ON REPORT AND RECOMMENDATION**<br><br>(ECF. No. 8) |

On April 6, 2018, Magistrate Judge Leen entered a report and recommendation that I dismiss this case without prejudice because plaintiff Leah Booker failed to file an amended complaint by March 23, 2018, as ordered. ECF No. 8. Booker did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Judge Leen's report and recommendation **(ECF No. 8) is accepted**. Plaintiff Leah Booker's complaint is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 30th day of April, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE